

## Fourth Court of Appeals
### San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00339-CV

**IN RE SWIFT TRANSPORTATION SERVICES, LLC**
and Alfredo Romanos Villarreal

Original Proceeding[1]

PER CURIAM

Sitting:      Irene Rios, Justice
             Adrian A. Spears, II, Justice
             Velia J. Meza, Justice

Delivered and Filed: August 20, 2025

PETITION FOR WRIT OF MANDAMUS DENIED AND MOTION FOR TEMPORARY STAY
DENIED AS MOOT

On May 28, 2025, relators filed their petition for writ of mandamus requesting this court vacate respondent's March 17, 2025, oral pronouncement granting real party in interest's motion to exclude relators' untimely disclosed expert witnesses and opinions. The record does not reflect a rendered written order. Relators subsequently filed a motion for temporary stay of the trial court proceedings. Real party in interest filed responses to the motion for temporary stay and the petition for writ of mandamus and relator has replied. The court has considered the briefings of the parties, the record submitted, and the applicable law. The petition for writ of mandamus is **DENIED**. The motion for temporary stay is **DENIED AS MOOT**.

                                        PER CURIAM

---

[1]This proceeding arises out of Cause No. 2022CVA001742D3, styled *Jerry Tubbs v. Swift Transportation Services, LLC and Alfredo Romanos Villareal*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca Ramirez Palomo presiding.